IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Jina Edwards

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Andrea Almaguer
Andy Lewis

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

JUDGE PEARSON

**Complaint for a Civil Case**

Case No. 5:23 CV 1007
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

**MAG. JUDGE HENDERSON**

**FILED**
MAY 18 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jina Edwards |
| Street Address | 469 Diamond |
| City and County | Ravenna, Portage |
| State and Zip Code | Ohio 44266 |
| Telephone Number | 216 505-6393 |
| E-mail Address | |

   B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Andy Lewis |
| Job or Title (if known) | organized stalking informants |
| Street Address | 2625 E. Tonopah |
| City and County | Las Vegas, Clark |
| State and Zip Code | Nevada 89106 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Andrea Almaguer |
| Job or Title (if known) | Organized stalking informant |
| Street Address | 2625 E. Tonopah |
| City and County | Las Vegas, Clark |

2

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____

        (if known)

Defendant No. 3

        Name    _____

        Job or Title    _____

        (if known)

        Street Address    _____

        City and County    _____

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____

        (if known)

Defendant No. 4

        Name    _____

        Job or Title    _____

        (if known)

        Street Address    _____

        City and County    _____

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____

        (if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- 18 U.S 2381; Treason
- 18 U.S Code 2340; Conspiracy to commit torture
- 18 U.S code 242; Deprivation of constitutional rights
- 18 U.S code 1961; Organized crime control Act of 1980 (RICO) / 18 USC 2261A Interstate stalking

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Jina Edwards__, is a citizen of the State of *(name)* __Ohio__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* __Andrea Almaguer__ is a citizen of the State of *(name)* __Nevada__. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* ~~Andy Lewis~~ Andrea Almaguer, is incorporated under the laws of the State of *(name)* Nevada, and has its principal place of business in the State of *(name)* Nevada. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

~~I was placed~~ I am being stalked harassed by a ex boyfriend Andy Lewis with the help of Andrea Almaguer followed by 8 others illegal surveilance, identity theft/Fraud hacking of cell phones harassing and injuring family members (stabbed) 1 Family member & Tortured

* ongoing *

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____
_____
_____
_____
_____

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 18 May, 20 23

Signature of Plaintiff   J. Edwards
Printed Name of Plaintiff   Jina Edwards

B. **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____