PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JINA EDWARDS, | ) | |
| | ) | CASE NO. 5:23cv1007 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ANDREA ALMAGUER, *et al.*, | ) | **ORDER** |
| | ) | [Resolving ECF No. 2] |
| Defendants. | ) | |

 

 

*Pro se* Plaintiff Jina Edwards filed this civil action on May 18, 2023. Plaintiff did not

submit the filing of $ 402, and instead filed an Application to Proceed *In Forma Pauperis* (ECF

No. 2). Plaintiff did not complete the form. Rather, Plaintiff merely wrote "0" in or drew a line

through every blank on the form, indicating that she receives no money from employment, public

assistance, or other individuals, and spends no money on housing, food, utilities, transportation,

or support for her child. These responses are not plausible.

On July 13, 2023, the Court ordered Plaintiff to pay the fee of $ 402.00 or submit a new,

and properly completed Application to Proceed *In Forma Pauperis,* within 30 days of the date of

that Order. The Court notified Plaintiff that failure to comply with that Order within the time

period specified may result in dismissal of this action without further notice. More than 30 days

have passed and Plaintiff has neither paid the filing fee nor submitted a properly completed

Application to Proceed *In Forma Pauperis*.

Accordingly, this action is dismissed without prejudice for failure to prosecute. The

(5:23cv1007)

Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be

taken in good faith.


      IT IS SO ORDERED.


  August 17, 2023                                        _/s/   Benita Y. Pearson_
Date                                            Benita Y. Pearson
                                            United States District Judge